# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Jairus Davis, | Civil Action No.: |
| Plaintiff, | 1:13-cv-01236-CAP-WEJ |
| v. | |
| EOS CCA; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 16, 2013

          <u>Sergei Lemberg</u>     
          Sergei Lemberg, Esq.
          Georgia Bar No. 598666
          LEMBERG & ASSOCIATES L.L.C.
          A Connecticut Law Firm
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (203) 653-3424
          Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on May 16, 2013, the foregoing NOTICE OF SETTLEMENT was filed with the clerk of the Court via the ECF, which sent copy of such filing to the following attorneys of record:

>Jonathan K. Aust
>John H. Bedard, Jr.
>BEDARD LAW GROUP, P.C.
>2810 Peachtree Industrial Blvd.
>Suite D
>Duluth, Georgia 30097
>jaust@bedardlawgroup.com
>jbedard@bedardlawgroup.com
>*Attorneys for Defendant EOS CCA*

>>/s/ Sergei Lemberg
>>Georgia Bar No. 598666
>>Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Email: slemberg@lemberglaw.com